UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ  85377

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KRUPINSKI, THOMAS EDWARD | ) | Case No. 07-06931-PHX SSC |
| BOGGS-KRUPINSKI, CHRISTINA LEE | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| BOGGS, CHRISTINA LEE | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were

declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to

creditors, but shall be treated in the same manner as unclaimed funds as provided in SEC347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | GILBERT EMERGENCY MEDICINE SPECIALISTS | $1.18 |
| | P.O. BOX 808 | |
| | WINFIELD, WV 25313-0808 | |

| | |
|---|---|
| December 21, 2010 | /s/ Jill H. Ford |
| DATE | JILL H. FORD, TRUSTEE |